UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

_____
:
**ASTA LILEIKYTE** :
       **Plaintiff** :      Civil Action No. 10-4982(FSH)
:
  v. :
:      **ORDER ON INFORMAL**
**BERGEN AUTO ENTERPRISES** :      **APPLICATION**
:
:
       **Defendant** :
:
_____:

    This matter having come before the Court for a telephone status conference on May 9, 2011;

    and the parties advising the Court of the status of discovery, the <u>Makian</u> case, and the declaratory judgment action;

    and the defendant having the files available for the plaintiff's review;

    and the plaintiff owing the defendant responses to the document demands;

    and the Court reminding the parties of the May 17, 2011 deadline to raise unresolved discovery disputes and that they must speak with each other before seeking court-intervention;

    and for the reasons discussed during the telephone conference;

    IT IS ON THIS 9th day of May, 2011

    ORDERED that the plaintiff shall provide responses to the document demands no later than **May 10, 2011**; and

    IT IS FURTHER ORDERED that all other deadlines shall remain in full force and effect.

                             s/Patty Shwartz_____
                             **UNITED STATES MAGISTRATE JUDGE**