UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| **ASTA LILEIKYTE,** | : | |
| Plaintiff, | : | Civil Action No. 10-4982(FSH) |
| v. | : | |
| **BERGEN AUTO ENTERPRISES, LLC,** | : | **ORDER ON INFORMAL APPLICATION** |
| Defendant. | : | |

This matter having come before the Court by way of twenty-nine page single-space submission regarding unresolved discovery disputes;

and the Court having reviewed the submission, the Pretrial Scheduling Order and L. Civ. R. 37.1;

and the submission reflecting, among other things, that there is a dispute concerning the responses to 17 of 25 interrogatories that were served upon the plaintiff as well as to five document demands;

and the submission further reflecting that the plaintiffs did not raise any disputes concerning the sufficiency of defendant's responses until May 24, 2011, wherein plaintiff raised complaints about 10 of the 25 interrogatory responses received from defendants six document demands, and three requests for admission;

and the quantity and nature of the disputes and the absence of any indication that the parties actually spoke via telephone or in-person suggesting that the parties have not conferred in a good faith effort to resolve their disputes before seeking court-intervention;

and the Court therefore directing counsel with authority to resolve all disputes to appear

in Courtroom 4A of the Martin Luther King Jr. Federal Building and Courthouse to confer in-person and only after impasse is reached, raise with the court the unresolved disputes;

IT IS THEREFORE ON THIS 31st day of May, 2011

ORDERED that counsel with full authority to resolve all disputes set forth in the May 31, 2011 letter shall appear in Courtroom 4A to confer in person on **June 3, 2011** starting at **9:15 a.m.** to resolved all discovery disputes set forth in the May 31, 2011 letter.  If the parties have conferred and reached impasse, then the Court will address the remaining unresolved disputes. The parties shall be prepared to spend all time needed on June 3, 2011 to resolve the disputes among themselves and/or with the Court.

s/Patty Shwartz
UNITED STATES MAGISTRATE JUDGE