UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | : | |
|---|---|---|
| **ASTA LILEIKYTE,** | : | |
| | : | |
| Plaintiff, | : | Civil Action No. 10-4982(FSH) |
| | : | |
| v. | : | |
| | : | |
| **BERGEN AUTO ENTERPRISES, LLC,** | : | ORDER ON INFORMAL APPLICATION |
| | : | |
| Defendant. | : | |
| | : | |

    This matter having come before the Court by way of submission dated May 31, 2011, regarding the discovery disputes between the parties;

    and the Court having entered an Order dated May 31, 2011, directing the parties to appear in Court to confer on June 3, 2011;

    and the parties having reported on the record that their disputes were resolved and that, to the extent supplemental information is required, it will be produced by June 10, 2011, except from information from nonparty Reynolds, which will be requested or subpoenaed;

    and the Court providing a brief extension of the fact discovery deadline so the parties may obtain the supplemental information, review documents, and complete depositions;

    and this extension having no impact on any other deadlines;

    and for the reasons discussed on the record;

    and for good cause shown,

    IT IS ON THIS 3rd day of June, 2011

    ORDERED that, no later than **June 10, 2011**, the plaintiff shall provide supplemental responses to defendant's Interrogatories Nos. 3–6, 10-12, 14-17, 20 (by reference to the response

to Interrogatory No. 10), and 22–24;

IT IS FURTHER ORDERED that defendant shall be deemed to have withdrawn its complaints about the plaintiff's responses to the defendant's Interrogatories Nos. 9, 13, 18 and 19 and defendant's Request for Production of Documents Nos. 4 and 6;

IT IS FURTHER ORDERED that, no later than **June 10, 2011**, the plaintiff shall provide written clarification to his responses to the defendant's Request for Production Nos. 5, 8 and 15;

IT IS FURTHER ORDERED that the plaintiff shall be deemed to have withdraw his complaints about the defendant's response to the plaintiff's Interrogatories Nos. 6, 7, 9, 10, 14, and 19, all of the defendant's responses to the plaintiff's Requests for the Production of Documents, and all of the defendant's responses to the plaintiff's Requests for Admissions;

IT IS FURTHER ORDERED that the defendant shall provide a response to the plaintiff's Interrogatory No. 8 by providing documents from nonparty Reynolds;

IT IS FURTHER ORDERED that, no later than **June 10, 2011**, the defendant shall provide more specific responses to the plaintiff's Interrogatories Nos. 15, 16, and 18

IT IS FURTHER ORDERED that fact discovery shall be completed no later than **July 12, 2011**; and

IT IS FURTHER ORDERED that all other deadlines shall remain in full force and effect.

s/Patty Shwartz
UNITED STATES MAGISTRATE JUDGE