UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ASTA LILEIKYTE <br>     Plaintiff <br><br> v. <br><br> BERGEN AUTO ENTERPRISES <br><br>     Defendant | Civil Action No. 10-4982(FSH) <br><br> ORDER |

This matter having come before the Court for a telephone conference on November 2, 2011; and for good cause shown,

**IT IS ON THIS** 2nd day of November 2011,

**ORDERED that:**

1. There will be an in-person settlement conference before the Undersigned on **December 7, 2011, at 1:30 p.m.** Trial counsel and clients with full settlement authority are required to appear at the conference.

2. No later than **December 2, 2011, at 3:00 p.m.,** the parties shall each submit a confidential settlement memorandum directly to the Undersigned.

3. By agreement of the parties, expert discovery has been completed and is now closed.

4. All other provisions of the Court's September 7, 2011, Order on Informal Application and Fourth Amended Pretrial Scheduling Order remain in full force and effect.

                                                      s/ Michael A. Hammer
                                                    **UNITED STATES MAGISTRATE JUDGE**